UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dutchmaid Logistics, Inc., *et al.*,

    Plaintiff,

v.                                                                                  Case No. 2:16-cv-857

Navistar, Inc.,                                                          Judge Michael H. Watson

    Defendant.                                               Magistrate Judge Deavers

## ORDER

On April 11, 2017, Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation (R&R) pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), recommending the Court grant Plaintiff's motion to remand, ECF No. 7. R&R, ECF No. 28.

The R&R notified the parties of their right to object pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to timely object would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 12, ECF No. 28. The deadline for filing such objections has passed, and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R, **GRANTS** Plaintiff's motion to remand, ECF No. 7, and **REMANDS** this case to the Licking County Court of Common Pleas.

**IT IS SO ORDERED.**

                                                            **MICHAEL H. WATSON, JUDGE**
                                                            **UNITED STATES DISTRICT COURT**