**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Dutchmaid Logistics, Inc., *et al.*,      Case Number 2:16cv857

    vs.

Navistar, Inc.,      **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the July 17, 2017 Order, the Court GRANTS Plaintiff's Motion to Remand and Remands this case to the Licking County Court of Common Pleas.

Date: **July 18, 2017**    Richard W. Nagel, Clerk

                                    s/ Jennifer Kacsor
                                By Jennifer Kacsor/Courtroom Deputy